IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40648
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MANUEL VALDEZ-ESCOBEDO,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-01-CR-99-ALL
--------------------
February 21, 2002

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Manuel Valdez-Escobedo ("Valdez") appeals his conviction and
41-month sentence following his plea of guilty to illegal reentry
into the United States after deportation, a violation of 8 U.S.C.
§ 1326.  Valdez argues that the indictment in his case did not
charge an offense because the indictment did not allege that he
had any general intent to reenter the United States.

     Valdez concedes that his argument is foreclosed by circuit
precedent but seeks to preserve the issue for Supreme Court

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

review.  Valdez' argument is foreclosed.  <u>See</u> <u>United States v. Berrios-Centeno</u>, 250 F.3d 294, 298-300 (5th Cir.), <u>cert. denied</u>, 122 S. Ct. 288 (2001).  The judgment of the district court is AFFIRMED.